UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK PORTER<br>8170 Mid Haven Rd.<br>Baltimore, MD 21222<br><br>      Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>    Serve:  General Michael V. Hayden,<br>             Director<br><br>    Serve:  United States Attorney<br>             District of Columbia<br>             555 Fourth Street, NW<br>             Washington, DC 20530<br><br>    Serve:  United States Attorney General<br>             950 Pennsylvania Avenue, NW<br>             Washington, DC 20530-0001<br><br>    Serve:  United States Department of Justice<br>             950 Pennsylvania Avenue, NW<br>             Washington, DC 20530-0001<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

1.    This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. §522, as amended, to compel the production of records concerning Plaintiff's personnel file.

2.    This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## **PARTIES**

3. Plaintiff Mark Steven Porter is a United States citizen and a resident of the state of Maryland. Plaintiff is the requester of the withheld records.

4. Defendant CENTRAL INTELLIGENCE AGENCY is an agency of the United States, and has possession of and control over the records that Plaintiff seeks.

## STATEMENT OF FACTS

5. On or about November 7, 2005 pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., Plaintiff sought documents related to his personnel file. Plaintiff requested in writing information regarding his request number 01570 which was previously sent to the Agency in 1997 by previous counsel. Subsequently, the Agency responded to the Plaintiff on November 20, 1997 and informed him of an anticipated delay due to 400 other appeals which take precedence over Plaintiff's request. A true and correct copy of Plaintiff's requests is attached hereto as Exhibit 1.

6. On or about May 4, 2006 Plaintiff requested the Agency inform him of the status of his request and included a signed authorized statement requesting the Agency forward his request to his representative. A true and correct copy of Plaintiff's requests is attached hereto as Exhibit 2.

7. By letter dated May 23, 2006 the Agency attached a copy of their April 1, 1998 response which Defendant denied Plaintiff's request for documents. The Agency stated that there were no records available to the Plaintiff under FOIA or the Privacy Act. A true and correct copy of Defendant's May 23, 2006 letter is attached hereto as Exhibit 3.

8. By letter dated August 21, 2006 Plaintiff appealed the denial of access to documents relating to Plaintiff's file. The Plaintiff requested the information be sent to him

within 20 days of receipt. A true and correct copy of Plaintiff's August 21, 2006 letter is attached hereto as Exhibit 4.

9. By letter dated September 7, 2006 Defendant rejected Plaintiff's appeal, because it is unlikely they can respond to the request within 20 days. A true and correct copy of Defendant's September 7, 2006 letter is attached hereto as Exhibit 5.

10. Finally, in a letter dated October 19, 2006 Defendant's again reject Plaintiff's request. The defendant's denied Plaintiff's request pursuant to FOIA exemptions (b)(1) and (b)(3). A true and correct copy of Defendant's October 19, 2006 letter is attached hereto as Exhibit 6.

11. Plaintiff respectfully submits that he has a statutory right to the referenced records, and that there is no legal basis for the Defendant's refusal to disclose them.

## CAUSE OF ACTION

### Violation of the Freedom of Information Act for

### Wrongful Withholding of Agency Records

12. Plaintiff repeats and realleges paragraphs 1-11.

13. Pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(3), Plaintiff has a right of access to the documents requested, and Defendants have no legal basis for their actions in withholding the right of access to such documents, as their reliance on Exemption 5 has no justification in law or fact.

14. The CIA has wrongfully withheld agency records requested by plaintiff by failing to comply with the statutory time limit for the processing of FOIA requests.

15. Plaintiff has exhausted the applicable administrative remedies with respect to the

CIA's wrongful withholding of the requested records.

16.    Plaintiff is entitled to injunctive relief with respect to the release and disclosure of the requested records.

WHEREFORE, Plaintiff requests that this Court declare unlawful Defendant's refusal to disclose the records requested by Plaintiff; order Defendant to make the requested records available to Plaintiff; award Plaintiff his costs and reasonable attorney's fees in this action as provided by 5 U.S.C. § 552(a)(4)(E); and, grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

_____
Michael J. Snider, Esq. (No. 24695)
Ari Taragin, Esq. (No. 27409)
Jeffrey C. Taylor, Esq. (No. 15528)
Snider & Fischer, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
Attorneys for Plaintiff

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Mark Porter

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Baltimore County
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Ari Taragin
Snider and Associates, LLC.
104 Church Lane, Suite 100
Baltimore, MD, 21208

## DEFENDANTS
Central Intelligence Agency

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND I'

CASE NUMBER 1:07CV00133
JUDGE: Gladys Kessler
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 01/18/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ✗ 2 U.S. Government Defendant
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. §522, as amended, to compel the production of records concerning Plaintiff's p

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 1-15-2007    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES. This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

