UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK PORTER ) <br> 8170 Mid Haven Rd. ) <br> Baltimore, MD 21222 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> Washington, D.C. 20505 ) <br> ) <br> _____ ) | Civil Action No. 1:07CV00133 |

### PLAINTIFF'S UNOPPOSED MOTION TO FILE AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

1. The Defendant in this case file a motion to dismiss on March 28, 2007 in response to plaintiff's Complaint.

2. The undersigned was in training from March 28, 2007-March 30, 2007. The undersigned's e-mail account was set with an automatic reply that the undersigned was out of the office for that time period.

3. The Undersigned's firm was closed for the Passover holiday vacation from Sundown April 1, 2007- April 10, 2007. The undersigned was out of the office for that time period in observance of Passover.

4. Defendant's counsel agreed to extension for Plaintiff's response until April 30, 2007 with a reply due by Defendant by May 15, 2007

WHEREFORE, based on the foregoing Plaintiff requests that an extension of time be granted to file his opposition to the Defendant's motion to dismiss or in the alternative Summary Judgment

until April 30, 2007.

                                                        Respectfully submitted,

                                                        _____/s/ Ari Taragin_____
                                                        Michael J. Snider, Esq. (No. 24695)
                                                        Ari Taragin, Esq. (No. 27409)
                                                        Jeffrey C. Taylor, Esq. (No. 15528)
                                                         Snider & Fischer, LLC
                                                         104 Church Lane, Suite 201
                                                        Baltimore, MD 21208

## CERTIFICATE OF SERVICE

I certify that on April 13, 2007, I electronically filed the within and foregoing using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230

Respectfully submitted this 13th day of April, 2007.

                                                        _____/s/ Ari Taragin_____
                                                        Michael J. Snider, Esq. (No. 24695)
                                                       Ari Taragin, Esq. (No. 27409)
                                                       Jeffrey C. Taylor, Esq. (No. 15528)
                                                         Snider & Fischer, LLC
                                                        104 Church Lane, Suite 201
                                                        Baltimore, MD 21208
                                                        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK PORTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:07CV00133 |

**<u>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT</u>**

This cause, having come before the Court on the Plaintiff's Unopposed Motion to File an extension of time to Respond to the Defendant's Motion to Dismiss or in the alternative Motion for Summary Judgment. Plaintiff's Unopposed Motion to File an extension of time to Respond to the Defendant's Motion to Dismiss or in the alternative Motion for Summary Judgment and the Court being duly advised, it is ORDERED AND ADJUDGED:

1.   Plaintiff shall file their opposition to the Defendant's Motion to Dismiss or in the alternative Motion for Summary Judgment by April 30, 2007.

2.   Defendant shall file their reply to Plaintiff's opposition by May 15, 2007.

DONE AND ORDERED IN CHAMBERS ON THIS ___ DAY OF _____, 2007.


_____
Judge Gladys Kessler
U.S. District Court Judge